**12**

95 So.2d 805

**Ralph CHAMPION**

**v.**

**STATE.**

**7 Div. 438.**

Court of Appeals of Alabama.

Oct. 9, 1956.

Rehearing Denied Dec. 4, 1956.

John Tucker, Jr., Birmingham, Hayden Rector, Mobile, and H. R. Burnham, Anniston, for appellant.

John Patterson, Atty. Gen., and Jas. W. Webb, Asst. Atty. Gen., for the State.

HARWOOD, Presiding Judge.

Affirmed on authority of Champion v. State, ante, p. 10, 95 So.2d 803.

95 So.2d 805

**Ralph CHAMPION**

**v.**

**STATE.**

**7 Div. 439.**

Court of Appeals of Alabama.

Oct. 9, 1956.

Rehearing Denied Dec. 4, 1956.

John Tucker, Jr., Birmingham, Hayden Rector, Mobile and H. R. Burnham, Anniston, for appellant.

John Patterson, Atty. Gen., and Jas. W. Webb, Asst. Atty. Gen., for the State.

PRICE, Judge.

Affirmed on authority of Champion v. State, ante, p. 10, 95 So.2d 803.

95 So.2d 806

**William H. McFARLAND**

**v.**

**STATE.**

**7 Div. 435.**

Court of Appeals of Alabama.

Oct. 9, 1956.

Rehearing Denied Dec. 4, 1956.

John Tucker, Jr., Birmingham, Hayden Rector, Mobile and H. R. Burnham, Anniston, for appellant.

John Patterson, Atty. Gen., and Jas. W. Webb, Asst. Atty. Gen., for the State.

PRICE, Judge.

Affirmed on authority of Champion v. State, ante, p. 10, 95 So.2d 803.